# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Caterina Schmidt, <br><br> Plaintiff, <br><br> v. <br><br> Home Warranty Administrators, Inc dba Choice Home Warranty; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:18-cv-00223-WCG |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HOME WARRANTY ADMINISTRATORS, INC DBA CHOICE HOME WARRANTY

PLEASE TAKE NOTICE that Plaintiff, Caterina Schmidt, hereby moves pursuant to Fed. R. Civ. P. 55(b)(2) for a default judgment against Defendant Home Warranty Administrators, Inc dba Choice Home Warranty. In support, Plaintiff respectfully submits the accompanying Memorandum of Law and a Proposed Order.

Dated: March 14, 2019

                                            Respectfully submitted,

                                            By /s/ Amy L. Cueller
                                            Amy L. Cueller, #15052-49
                                            LEMBERG LAW LLC
                                            43 Danbury Road
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            Email: acueller@lemberglaw.com

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on March 14, 2019, a copy of the foregoing was served electronically by the U.S. District Court for the Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of the foregoing was also mailed by first-class mail, postage prepaid to the parties listed below:

Home Warranty Administrators, Inc dba Choice Home Warranty
1090 King Georges Post Road
Edison, NJ 08837

                                             /s/ Amy L. Cueller
                                             Amy L. Cueller, Esq.