AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

CATERINA SCHMIDT,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.        Case No. 18-C-223

HOME WARRANTY ADMINISTRATORS, INC.
d/b/a CHOICE HOME WARRANTY; and
DOES 1-10, inclusive,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is granted in favor of Plaintiff, Caterina Schmidt and against Defendant, Home Warranty Administrators, Inc. d/b/a Choice Home Warranty in the amount of Ninety-one Thousand Five Hundred Dollars ($91,500.00) for damages, pursuant to 47 U.S.C. § 227.

        Approved:     s/ William C. Griesbach
                             William C. Griesbach, Chief Judge
                             United States District Court

Dated: April 22, 2019

                             STEPHEN C. DRIES
                             Clerk of Court

                             s/ Lori Hanson
                             (By) Deputy Clerk